MARCIA SCHWARTZ v. GEORGE ROTHMAN AND
PHYLLIS ROTHMAN.

Nov. 20, 1979.   Petition for certification denied.

JERRY PATRIZIO v. NEW JERSEY COLLEGE OF
MEDICINE AND DENTISTRY.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. SHERMAN DELANCEY.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW HUGHES.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. CARY WILLIAMS.

Nov. 26, 1979.   Petition for certification granted.   (See 168
N.J.Super. 359)

THE DIOCESE OF NEWARK v. WILLIAM F. BURNS.

Nov. 27, 1979.   Petition for certification to Superior Court,
Law Division is granted.